UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR ALZOKARI,

     Plaintiff,

                                     Case No. 22-cv-12286

v.                                Hon. Matthew F. Leitman

ANTONY BLINKEN,

     Defendant.

_____/

## <u>ORDER TO APPEAR FOR CONTINUED VIRTUAL HEARING</u>

Now before the Court are Defendant Antony Blinken's motion for summary judgment (ECF No. 18) and Plaintiff Omar Alzokari's cross-motion for summary judgment (ECF No. 29.)  In connection with those motions, Defendant has argued that the Eastern District of Michigan is not the proper venue for the action. (*See* Supplemental Brief Regarding Venue (ECF No. 27.)  The parties conducted discovery on the venue question and submitted evidence to the Court on that question. (*See id.*; *see also* Resp. Regarding Venue Issue, ECF No. 30.)  The Court has concluded that it would benefit from receiving additional evidence on the venue question.

To that end, the Court is going to convene a brief hearing (to be held over Zoom rather than in-person) during which the Court shall receive additional evidence.  More specifically, at the hearing the Court intends to place Plaintiff Omar

1

Alzokari under oath and ask him a number of additional questions concerning whether he resided in the Eastern District of Michigan at the time he filed his Complaint.  In the interest of giving Plaintiff advance notice, the questions will include, but may not be strictly limited to, the following:

- Were you physically present in Hamtramck, Michigan, during the following time frames: June-July 2022, September 2022-June 2023, and October 2023-December 2023?

  - Which of your family members were with you during those time periods?

  - When you came to Michigan during those periods, did you come by automobile or some other means of travel?

    - If by automobile, who owned the vehicle that you drove here?

- Did you file a State of Michigan tax return in 2022 or 2023?

  - If not, did you file a State of Mississippi tax return for either or both of those years?

    - If you filed a State of Mississippi tax return for either or both of those years, did you claim to be a Mississippi resident for only a portion of either of those years?

- In 2022 or 2023, did you seek or obtain a Michigan State ID or driver's license?

- o If you did not, did you have a valid Mississippi driver's license or state ID during those years?

- In 2022 or 2023, did you register or attempt to register any vehicle with the Michigan Secretary of State?

  - o If not, during 2022 and 2023, did you own any vehicle that was registered in Mississippi?

- In 2022 or 2023, did you apply for or obtain no-fault automobile insurance in Michigan?

  - o Did you have Mississippi automobile insurance that remained in place during those years?

- In 2022 or 2023, did you seek or obtain health insurance in Michigan?

  - o If not, who was your health insurance provider during those years?

  - o In 2022 or 2023, did you, your wife, or your children seek or obtain medical treatment in Michigan?

- In 2022 or 2023, did you own a house in Mississippi?

  - o If so, did you discontinue (even temporarily) any utility service while you were in Michigan?

- Did your children attend a brick and mortar school in Mississippi at any time between January 1, 2020 and December 31, 2023?

- In paragraph 3 of your Declaration dated March 2, 2026 (*see* ECF No. 30-1, PageID.528-529), you identify certain "possessions" in the home you occupied in Hamtramck.  Which if those possessions, if any, were placed in the house after September 1, 2022?

- Did you join any religious organizations or attend any religious services in Michigan in 2022 or 2023?

  o Had you previously joined any such organizations or attended any such services in Mississippi?

- Did you join any organizations in Michigan in 2022 or 2023?

- Did you enroll any of your children in any organizations, clubs, or teams in Michigan in 2022 or 2023?

- Did you open any bank accounts in Michigan in 2022 or 2023?

- In 2022 or 2023, did you ever communicate to any governmental agency of any kind (at any level – i.e., state, county, or local) in Mississippi that you no longer resided in the State of Mississippi, and/or that your current address was in Michigan?

  o In 2022 or 2023, did you ever notify any governmental agency of any kind (i.e., state, county, or local) in Michigan that you were residing in the State of Michigan?

4

In addition, at the hearing, the Court will pose the following question to Plaintiff's counsel: If the Court concludes that venue is improper in the Eastern District of Michigan (a conclusion that the Court has *not* yet reached), would Plaintiff prefer the Court to dismiss the case without prejudice or transfer the case to the appropriate federal district court in Mississippi?  The Court does not anticipate allowing or receiving any legal arguments from counsel for either party at the hearing.

The Court will hold the hearing on **Tuesday, March 24, 2026, at 10:00am EST**. The Court will send the Zoom hearing information to the parties separately.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

5