UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR ALZOKARI,

Plaintiff,

v.

Case No. 22-cv-12286
Hon. Matthew F. Leitman

MARCO RUBIO,

Defendant.

______________________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 15, 2026
Detroit, Michigan